IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>HAYDEN DARRABIE<br>　　　Debtor,<br><br>NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, SERVICING AGENT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR ARGENT SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-W3<br>　　　Movant,<br><br>　　　　　v.<br><br>HAYDEN DARRABIE, and<br>KENNETH E. WEST, Trustee,<br>　　　Respondents. | Bankruptcy No. 25-13991-amc<br><br>Chapter 13 |

OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

AND NOW COMES, Movant, NewRez LLC d/b/a Shellpoint Mortgage Servicing, Servicing

Agent for Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc.,

Asset-Backed Pass-Through Certificates, Series 2005-W3 (the "Movant"), by and through its

undersigned counsel, Bernstein-Burkley, P.C., and files this Objection to Confirmation of the

Debtor's Chapter 13 Plan (the "Objection") filed October 30, 2025, stating as follows:

1.　　　Respondent, Hayden Darrabie (the "Debtor") filed a voluntary petition for relief

under Chapter 13 of the Bankruptcy Code on October 1, 2025 (the "Petition Date").

2.　　　Kenneth E. West is the duly appointed Chapter 13 Trustee and is currently acting

in such a capacity.

3.　　　NewRez LLC d/b/a Shellpoint Mortgage Servicing, Servicing Agent for

Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-

Backed Pass-Through Certificates, Series 2005-W3 holds a mortgage (the "Mortgage") on the

Debtor's real property located at 5100 Penn Street, Philadelphia, Pennsylvania 19124 ("Property"), recorded in the Office of the Recorder of Deeds for Philadelphia County, Pennsylvania, to secure a Note (the "Note") with a principal balance of $86,250.00. True and correct copies of the Mortgage and Note are attached hereto as Exhibits "A", and "B" respectively.

4. The Contract requires principal and interest payments of $725.09, with an annual percentage rate of 10.6250%.

5. The Total Debt on the Note as of November 4, 2025, was $57,520.27. The total pre-petition arrears due at the Petition Date were $1,475.31. These amounts will be outlined in the Proof of Claim that will be filed by Movant prior to the bar date.

6. Debtor's Chapter 13 Plan filed November 4, 2025, fails to list Movant's pre-petition arrears or how claim will be treated.

7. The Debtor's Chapter 13 Plan fails to treat Movants pre-petition arrears and therefore fails to comply with 11 U.S.C. § 1322.

8. The Movant's Proof of Claim should govern.

WHEREFORE, Movant, NewRez LLC d/b/a Shellpoint Mortgage Servicing, Servicing Agent for Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-W3 respectfully requests that this Honorable Court deny confirmation of Debtor's Chapter 13 Plan.

Dated:  November 19, 2025

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax: (412) 456-8135

*Counsel for Movant*